# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELAVON, INC., formerly known as NOVA INFORMATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WACHOVIA BANK, NATIONAL ASSOCIATION; WELLS FARGO & COMPANY; and WELLS FARGO BANK, N.A., <br><br> Defendants. | CIVIL ACTION CASE NO: <br> 1:09-cv-00139-ODE |

## DEFENDANTS' MOTION FOR A PROTECTIVE ORDER LIMITING DISCOVERY AND TO AMEND THE SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26, Defendants Wachovia Bank, National Association, Wells Fargo & Company, and Wells Fargo Bank, N.A. (collectively, "Defendants") respectfully submit this Motion for a Protective Order Limiting Discovery and to Amend the Scheduling Order previously entered by the Court.

In support of this Motion, Defendants rely upon the Memorandum of Law in Support of their Motion for a Protective Order Limiting Discovery and to Amend

the Scheduling Order and the exhibits thereto, filed contemporaneously herewith and expressly incorporated herein by reference.

Respectfully submitted, this 19th day of August, 2009.

<u>/s L. Joseph Loveland</u>
L. Joseph Loveland
jloveland@kslaw.com
Tracy C. Braintwain
tbraintwain@kslaw.com
Jennifer D. Fease
jfease@kslaw.com

**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: 404-572-4600
Fax: 404-572-5138

Attorneys for Defendants
Wachovia Bank, National
Association, Wells Fargo &
Company and Wells Fargo

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(B).

This 19th day of August, 2009.

                                                    s/ L. Joseph Loveland  
                                                    L. Joseph Loveland  
                                                    Georgia Bar No. 459350

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2009 I electronically filed the foregoing **DEFENDANTS' MOTION FOR A PROTECTIVE ORDER LIMITING DISCOVERY AND TO AMEND THE SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>FELLOWS LABRIOLA LLP
>Henry D. Fellows, Jr.
>Kevin P. Weimer
>Peachtree Center
>Suite 2300 South Tower
>225 Peachtree Street, N.E.
>Atlanta, Georgia 30303-1731
>
>WILLIAMS & CONNOLLY LLP
>Bruce R. Genderson
>Edward C. Barnidge
>Scott K. Dasovich
>725 12th Street, N.W.
>Washington, D.C. 20005

This 19th day of August, 2009.

>s/ L. Joseph Loveland
>L. Joseph Loveland
>Georgia Bar No. 459350