# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELAVON, INC., formerly known as NOVA INFORMATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WACHOVIA BANK, NATIONAL ASSOCIATION; WELLS FARGO & COMPANY; and WELLS FARGO BANK, N.A., <br><br> Defendants. | CIVIL ACTION CASE NO: 1:09-cv-00139-ODE |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT AND TO JOIN FIRST DATA MERCHANT SERVICES CORPORATION AS A DEFENDANT

Pursuant to Local Rule 7.1 (B) of the Northern District of Georgia, Defendants Wachovia Bank, National Association ("Wachovia"), Wells Fargo & Company ("Wells Fargo"), and Wells Fargo Bank, N.A. ("Wells Fargo Bank") (collectively, "Defendants") respectfully submit this Response to Plaintiff's Motion for lease to file a Second Amended Complaint and to add First Data Merchant Services Corp. ("First Data") as an additional defendant in the action.

Defendants recognize that Plaintiff's Motion is timely under the Scheduling Order previously entered by the Court and therefore do not oppose Plaintiff's right to file the Second Amended Complaint.  Defendants do, however, note two significant matters for the Court's consideration with regard to this filing:

(1)     <u>Wells Fargo and Wells Fargo Bank's Motion to Dismiss</u>:  Defendants Wells Fargo and Wells Fargo Bank (collectively "Wells Fargo Defendants") previously filed a Motion To Dismiss Counts II and IV of the First Amended Complaint for failure to state a cause of action against them.  This Motion To Dismiss has been fully briefed by the parties and is ripe for decision.  Wells Fargo Defendants respectfully submit that nothing about the filing of the Second Amended Complaint alters the grounds for that Motion and note that the Motion remains ripe for decision by the Court with regard to Counts II and IV of the First Amended Complaint (restated as Counts II and V of the proposed Second Amended Complaint).

(2)     <u>Scheduling Conference under Rule 16</u>:  Defendants have previously filed a Motion for Protective Order Limiting Discovery and to Amend the Scheduling Order in this case.  Plaintiff's filing of a Second Amended Complaint adding a new defendant (First Data) substantially changes the litigation landscape

and justifies a fresh look at the issue of how discovery should be conducted in this matter. Defendants respectfully request that the Court set a scheduling conference pursuant to Rule 16(a) of the Federal Rules of Civil Procedure to address these issues.

For the reasons set forth above, Defendants do not oppose the filing of the Second Amended Complaint in this action. Defendants do request, however, that in the Order authorizing the filing of the Second Amended Complaint, the Court (1) provide that Wells Fargo Defendants are not required to refile their Motion to Dismiss Counts II and IV of the First Amended Complaint, and (2) set a scheduling conference to address how discovery should proceed in light of the addition of a new defendant.

Respectfully submitted, this 23rd day of September, 2009.

s/ L. Joseph Loveland
L. Joseph Loveland
jloveland@kslaw.com
Georgia Bar No. 459350
Tracy C. Braintwain
tbraintwain@kslaw.com
Georgia Bar No. 171555
Jennifer D. Fease
jfease@kslaw.com
Georgia Bar No. 257057

**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Tel: 404-572-4600
Fax: 404-572-5138

Attorneys for Defendants
Wachovia Bank, National
Association, Wells Fargo &
Company and Wells Fargo
Bank, N.A.

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(B).

This 23rd day of September, 2009.

s/ L. Joseph Loveland
L. Joseph Loveland
Georgia Bar No. 459350

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2009 I electronically filed the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> FELLOWS LABRIOLA LLP
> Henry D. Fellows, Jr.
> Kevin P. Weimer
> Peachtree Center
> Suite 2300 South Tower
> 225 Peachtree Street, N.E.
> Atlanta, Georgia 30303-1731
>
> WILLIAMS & CONNOLLY LLP
> Bruce R. Genderson
> Edward C. Barnidge
> Scott K. Dasovich
> 725 12th Street, N.W.
> Washington, D.C. 20005

This 23rd day of September, 2009.

> s/ L. Joseph Loveland
> L. Joseph Loveland
> Georgia Bar No. 459350