FILED IN CHAMBERS
U.S.D.C. ........

SEP 2 9 2009

James N. Hatten, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ELAVON, INC., formerly known
as NOVA INFORMATION SYSTEMS,
INC.,

        Plaintiff,

v.

WACHOVIA BANK, NATIONAL
ASSOCIATION; WELLS FARGO &
COMPANY; and WELLS FARGO BANK,
N.A.

        Defendants,

CIVIL ACTION NO.
1:09-CV-0139-ODE

## ORDER

This case is before the Court on Plaintiff Elavon, Inc.'s ("NOVA"'s)[1] motion for leave to file the Second Amended Complaint and to join First Data Merchant Services Corp. ("First Data") as an additional defendant [Doc. #53]. Defendants Wachovia Bank, National Association ("Wachovia"), Wells Fargo & Company ("Wells Fargo"), and Wells Fargo Bank, N.A. ("Wells Fargo Bank") (collectively, "Defendants") do not oppose this motion, but have filed a response [Doc. # 56], to which NOVA has filed a reply [Doc. #57].

The Court GRANTS the unopposed motion for leave to file the Second Amended Complaint [Doc. #53] and to join First Data as an additional defendant. As set forth in Defendants' Response to this motion [Doc. #56 at 2] and NOVA's Reply [Doc. #57 at 3], the

---

[1] Elavon, Inc. was formerly known as NOVA Information Systems, Inc. The pleadings refer to Plaintiff using the name NOVA since Plaintiff used that name when it entered into the contract at issue in this case. For clarity, this Court will follow this convention and refer to Plaintiff as NOVA.

parties agree that nothing about the filing of the Second Amended Complaint alters the grounds for the pending motion to dismiss [Doc. #24]. Therefore, the parties need not re-file briefing on this motion to dismiss.

SO ORDERED, this 27 day of September, 2009.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE